| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| WILLIAM N. CARLON (State Bar No. 305739) |
| Law Office of William Carlon |
| 437 Post Street |
| Napa, CA 94559 |
| (530) 514-4115 |

ATTORNEY(S) FOR: **Plaintiff**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| LOS ANGELES WATERKEEPER | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-07503-SK |
| v. | |
| ACCURATE STEEL TREATING, INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Plaintiff Los Angeles Waterkeeper__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LOS ANGELES WATERKEEPER has no pecuniary interests to report. | |

September 5, 2024
Date

/s/William N. Carlon
Signature

Attorney of record for (or name of party appearing in pro per):

Los Angeles Waterkeeper