AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Central District of California

| | |
|---|---|
| Los Angeles Waterkeeper<br><br>*Plaintiff(s)*<br>v.<br>Accurate Steel Treating, Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-07503-SK<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Accurate Steel Treating, Inc.
10008 Miller Way
South Gate, CA 90280

Agent for service of process: Ronald R. Loynds (CEO)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William Carlon
Law Office of William Carlon
437 Post Street
Napa, CA 94559

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: September 19, 2024                     *Connie Chung*
                                              Signature of Clerk or Deputy Clerk