Law Office of William Carlon
William Carlon SBN 305739
437 Post Street
Napa, CA  94559
5305144115

Representing: Plaintiff                              File No.

UNITED STATES DISTRICT COURT

Central District of California - District - Los Angeles - First Street

| | | |
|---|---|---|
| Los Angeles Waterkeeper ) | Case No. 2:24-cv-07503-SK |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Complaint, Exhibit 1 to Complaint, Summons |
| ) | |
| Accurate Steel Treating, Inc. ) | Service on: |
| **Defendant/Respondent** ) | Accurate Steel Treating, Inc. |
| ) | |
| ) | |
| ) | |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 23779051

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*<br>Law Office of William Carlon<br>William Carlon SBN 305739<br>437 Post Street<br>Napa, CA 94559<br>TELEPHONE NO.: 5305144115   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: william@carlonlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiff | **FOR COURT USE ONLY** |
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, CA  90012 | |
| PLAINTIFF / PETITIONER:   Los Angeles Waterkeeper<br>DEFENDANT / RESPONDENT:   Accurate Steel Treating, Inc. | CASE NUMBER:<br>2:24-cv-07503-SK |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>11846746 (23779051) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Exhibit 1 to Complaint, Summons

2. Party Served:   Accurate Steel Treating, Inc.

3. Person Served:   Ronald R. Loynds

4. Left With:   Brandy B. (Cauc/F/40/150/5'7) - Office manager

5. Date & Time of Delivery:   September 24, 2024 at 4:06 pm PDT

6. Address, City and State:   10008 Miller Way South Gate, CA, 90280

7. Manner of Service:   **SUBSTITUTION SERVICE:** By leaving the copies with or in the presence of Brandy B. (Cauc/F/40/150/5'7), (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $130.00

Registered California process server.
Bryan Garcia
County: Los Angeles
Registration No.: 2020019247

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

*/s/ Bryan Garcia*

Bryan Garcia

Date: September 25, 2024

MC-031

| PLAINTIFF / PETITIONER: Los Angeles Waterkeeper | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Accurate Steel Treating, Inc. | 2:24-cv-07503-SK |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

Party Served: Accurate Steel Treating, Inc.

1) Successful Attempt: Sep 24, 2024, 4:06 pm PDT at Company: 10008 Miller Way, South Gate, CA 90280 received by Brandy B. (Cauc/F/40/150/5'7). Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'7"; Hair: Blond; Eyes: Blue; Relationship: Office manager ;

*Walked into office. Spoke with a rep. He called over the office manager. Confirmed agent not in. She confirmed that she is authorized to accept. Served.*

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   September 25, 2024

Bryan Garcia
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other *(Specify):* Process Server

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1

MC-031

| PLAINTIFF / PETITIONER: Los Angeles Waterkeeper | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: Accurate Steel Treating, Inc. | 2:24-cv-07503-SK |

## DECLARATION OF MAILING
(This form must be attached to another form or court paper before it can be filed in court.)

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 North McDowell Blvd Suite 300, Petaluma, CA  94954.

On 9/25/2024, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Complaint, Exhibit 1 to Complaint, Summons

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

Accurate Steel Treating, Inc.
Ronald R. Loynds - Person Authorized to Accept Service of Process
10008 Miller Way
South Gate, CA 90280.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   9/25/2024

Melissa Berry
(TYPE OR PRINT NAME)

_/s/ M Berry_
(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* InfoTrack US, Inc.

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev.July 1, 2005]

**ATTACHED DECLARATION**

Page 1 of 1