# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Los Angeles Waterkeeper, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 24-07503-SK |
| Accurate Steel Treating, Inc., v. | **REMINDER NOTICE** |
| Defendant(s) | **(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)** |

TO ALL COUNSEL AND PARTIES OF RECORD:

The above-entitled case was randomly assigned to Magistrate Judge  Steve Kim  for all purposes pursuant to the Direct Assignment of Civil Cases to Magistrate Judges Program under the authority of General Order 12-02 and Local Rule 73-2.

**The parties are reminded that for the above-entitled case to proceed with the assigned magistrate judge, they must file and serve joint or separate Consent form(s), indicating whether each party consents. The plaintiff must file the Consent form within forty-two (42) days after service of the summons and complaint upon the first-served defendant. Each defendant must file the Consent form within forty-two (42) days after service of the summons and complaint upon that defendant. If the United States, an agency of the United States, or an officer or employee of the United States is a defendant, the government defendant must file the Consent form within sixty (60) days after service of summons and complaint upon that defendant.**

**Additionally, the parties are directed to Local Rule 73-2.2 Proof of Service. In any case in which only a magistrate judge is initially assigned, plaintiff <u>must file a proof of service within 10 days of service of the summons and complaint</u>.**

**For cases removed to this Court from Superior Court, the joint or separate consent forms must be filed within fourteen (14) days after the notice of removal is filed in this Court.**

The parties are free to withhold consent without adverse substantive consequences.

You may obtain a Statement of Consent form **(CV-11C)** by visiting the Court's website at ***www.cacd.uscourts.gov***.

You may also view the individual professional **biographies** of all Magistrate Judges currently participating in the Direct Assignment of Civil Cases to Magistrate Judges Program at ***www.cacd.uscourts.gov***.

If you have any questions about the Direct Assignment of Civil Cases to Magistrate Judges Program, you may contact the Civil Consent Case Coordinator at 213-894-1871 or ***consentcoordinator@cacd.uscourts.gov***.

<u>**NOTE**</u>**: The plaintiff or removing party must serve this Notice on each named party in the case.**