**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH A. SALAZAR JR., SB# 169551
  E-Mail: Joe.Salazar@lewisbrisbois.com
RYAN MATTHEWS, SB# 311674
  E-Mail: Ryan.Matthews@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant, ACCURATE STEEL TREATING, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>Plaintiff,<br><br>vs.<br><br>ACCURATE STEEL TREATING, INC.,<br><br>Defendant. | Case No. 2:24-cv-07503-SK<br><br>**NOTICE OF APPEARANCE**<br><br>Judge: Magistrate Steve Kim, Crtrm. 540, 5th Floor<br><br>Trial Date:       None Set |

PLEASE TAKE NOTICE that Joseph A. Salazar, Jr. (Lead Counsel) of the law firm of Lewis Brisbois Bisgaard & Smith, LLP hereby enter their appearance on behalf of Defendant, ACCURATE STEEL TREATING, INC.

DATED: October 15, 2024          LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    */s/ Joseph A. Salazar, Jr.*
JOSEPH A. SALAZAR, JR.
Attorneys for Defendant, ACCURATE STEEL TREATING, INC.

147284388.1

1

NOTICE OF INTERESTED PARTIES

**FEDERAL COURT PROOF OF SERVICE**
Los Angeles Waterkeeper v. Accurate Steel Treating, Inc.
Case No. 2:24-cv-07503-SK

STATE OF CALIFORNIA, COUNTY OF SACRAMENTO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 2020 West El Camino Avenue, Suite 700, Sacramento, CA 95833. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 15, 2024, I served the following document(s):

- **NOTICE OF APPEARANCE**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

**SEE ATTACHED SERVICE LIST**

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 15, 2024, at Sacramento, California.

/s/ Alicia Crespo
Alicia Crespo

147284388.1

1
NOTICE OF INTERESTED PARTIES

**SERVICE LIST**
**Los Angeles Waterkeeper v. Accurate Steel Treating, Inc.**
**Case No. 2:24-cv-07503-SK**

| | |
|---|---|
| William N. Carlon<br>Law Office of William Carlon<br>437 Post Street<br>Napa, CA 94559 | Attorneys for Plaintiff, LOS ANGELES WATERKEEPER<br><br>T: 530-514-4115<br>william@carlonlaw.com |
| Barak J Kamelgard<br>Benjamin A. Harris<br>Erina Kwon<br>Los Angeles Waterkeeper<br>360 E 2nd Street, Suite 250<br>Los Angeles, CA 90012 | Attorneys for Plaintiff, LOS ANGELES WATERKEEPER<br><br>T: 310-394-6162<br>barak@lawaterkeeper.org<br>ben@lawaterkeeper.org<br>erina@lawaterkeeper.org |