F I L E D
CLERK, U.S. DISTRICT COURT
November 12, 2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge MICHELLE WILLIAMS COURT | ORDER OF THE CHIEF JUDGE<br><br>24-173 |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Michelle Williams Court,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge André Birotte, Jr. to the calendar of Judge Michelle Williams Court:

| | |
|---|---|
| 2:23-cv-05074-AB-SKx | Gary Simons v. Federal Insurance Company |
| 2:24-cv-01505-AB-AGRx | Barbara Trelles v. Target Corporation et al |
| 2:24-cv-03130-AB-JPRx | Deckers Outdoor Corporation v. Fashmode Ltd, T/A EGO et al |
| 2:24-cv-03687-AB-MRWx | Melba Ortega v. County of Los Angeles et al |
| 2:24-cv-04559-AB-AJRx | Annette Ghazarian v. Mercedes-Benz USA, LLC et al |
| 2:24-cv-05835-AB-ASx | Daniel Munguia v. Moog, Inc. et al |
| 2:24-cv-07503-AB-SSCx | Los Angeles Waterkeeper v. Accurate Steel Treating, Inc. |
| 2:24-cv-08094-AB-JPRx | Zhigang Wang v. Merrick B. Garland et al |
| 2:24-cv-08652-AB-ASx | Ignacio Vera v. Socorro Orozco et al |
| 2:24-cv-08736-AB-RAOx | Marquise Bailey v. Efren Jimenez et al |
| 2:24-cv-08859-AB-Ex | Sandra Son v. Bentley Motors, Inc. et al |
| 2:24-cv-08968-AB-ASx | Joseph D. Contino et al v. Aston Martin Lagonda of North America, Inc. et al |
| 5:23-cv-01118-AB-SSC | Brian Brown v. City of Needles et al |
| 5:24-cv-01291-AB-SHK | Jeremy Antione Thompson v. San Bernardino |

| In the Matter of the Creation of Calendar for District Judge Michelle Williams Court | | 2 |
|---|---|---|
| | Sheriff Department et al | |

On all documents subsequently filed in the case, please substitute the Judge initials "MWC" after the case number in place of the initials of the prior Judge.

DATED: November 12, 2024

_____
Chief Judge Dolly M. Gee