WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
Email: william@carlonlaw.com

ERINA KWON (Bar No. 235079)
Email: erina@lawaterkeeper.org
BENJAMIN A. HARRIS (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| LOS ANGELES WATERKEEPER, | Case No. 2:24-cv-07503-MWC-SSC |
|---|---|
| Plaintiff, | **DECLARATION OF WILLIAM CARLON** |
| vs. | *[Filed concurrently with Stipulated Request for Order Extending Deadlines]* |
| ACCURATE STEEL TREATING, INC., | |
| Defendant. | |

Decl. of William Carlon                              1                         Case No. 2:24-cv-07503-MWC-SSC

I, William Carlon, declare:

1. I have personal knowledge of the facts set forth below, and if called as a witness, could and would testify to those facts under oath.

2. I am one of the attorneys representing Plaintiff Los Angeles Waterkeeper in the above-captioned matter.

3. On September 3, 2024, Plaintiff filed the complaint initiating this action (ECF No. 1).

4. On October 15, 2024, Defendant filed its answer (ECF No. 11).

5. On November 8, 2024, the Parties filed their Rule 26(f) Report (ECF No. 18), and on December 5, 2024, the Court issued its scheduling order (ECF No. 24).

6. The Parties have been engaged in good faith settlement negotiations and have exchanged several drafts of a consent decree.

7. The Parties have made significant progress in reaching a settlement, and are currently waiting on a technical consultant to provide the details of proposed Best Management Practices.

8. The Parties wish to continue the settlement discussions without expending significant resources on conducting fact and expert discovery, and therefore the Parties agree to seek a 90-day extension to all deadlines currently set by Court order.

I swear under penalty of perjury under the laws of both California and the United States that the foregoing is true and correct and that this declaration was executed on July 1, 2025 at Napa, California.

_____
William N. Carlon