WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
Email: william@carlonlaw.com

ERINA KWON (Bar No. 235079)
Email: erina@lawaterkeeper.org
BENJAMIN A. HARRIS (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>    Plaintiff,<br>vs.<br><br>ACCURATE STEEL TREATING, INC.,<br><br>    Defendant. | Case No. 2:24-cv-07503-MWC-SSC<br><br>[PROPOSED] ORDER EXTENDING DEADLINES SET BY COURT<br><br>*[Filed concurrently with Stipulated Request for Order Extending Deadlines Set By Court; Declaration of William Carlon]* |

**ORDER**

WHEREAS, on September 3, 2024, Plaintiff filed the complaint initiating this action (ECF No. 1);

WHEREAS, on October 15, 2024, Defendant filed its answer (ECF No. 11);

WHEREAS, on November 8, 2024, the Parties filed their Rule 26(f) Report (ECF No. 18), and on December 5, 2024, the Court issued its scheduling order (ECF No. 24);

WHEREAS, the Parties have been engaged in good faith settlement negotiations and have exchanged several drafts of a consent decree;

WHEREAS, the Parties have made significant progress in reaching a settlement, and are currently waiting on a technical consultant to provide the details of proposed Best Management Practices;

WHEREAS, the Parties wish to continue the settlement discussions without expending significant resources on conducting fact and expert discovery, and therefore the Parties agree to seek a 90-day extension to all deadlines currently set by Court order.

WHEREFORE, the Parties hereby stipulate and the Court **ORDERS** all case deadlines extended as follows:

(1) The deadline for fact discovery be extended from September 12, 2025 to December 11, 2025;

(2) The deadline for initial expert disclosures be extended from September 19, 2025 to December 18, 2025;

(3) The deadline for rebuttal expert disclosures be extended from October 3, 2025 to January 1, 2025;

(4) The deadline for expert discovery be extended from October 17, 2025 to January 15, 2026;

(5) The last day to hear motions be extended from December 5, 2025 to March 5, 2026;

(6) The deadline to complete a settlement conference before a magistrate judge be extended from December 19, 2025 to March 19, 2026;

(7) The deadline for the first round of trial filings be extended from January 30, 2026 to April 30, 2026;

(8) The deadline for the second round of trial filings be extended from February 13, 2026 to May 14, 2026;

(9) The final pretrial conference and hearings on motions in limine be extended from February 27, 2026 to May 27, 2026; and,

(10) The trial dates be extended from March 16, 2026 to June 15, 2026.

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated:_____        _____
                                        Honorable Michelle W. Court
                                        United States District Judge