UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:24-cv-7503-MWC-SSC                                      Date: July 2, 2025

Title     Los Angeles Waterkeeper v. Accurate Steel Treating, Inc.

---

Present: The Honorable:   Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) Order RE: Extending Deadlines Set by the Court (Dkt. # 26)**

Before the Court is a stipulation to extend the discovery cut-off date.  Dkt. # 26.

For lack of good cause, the Court **DENIES** the stipulation.


**IT IS SO ORDERED.**

                                                                                     :
                                                        **Initials of Preparer**   TJ