CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Los Angeles Waterkeeper<br><br>Plaintiff(s)<br>v.<br><br>Accurate Steel Treating, Inc.<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-07503-WMC-SSC<br><br>MOTION RE: INFORMAL DISCOVERY DISPUTE |

The parties have requested an informal discovery conference with Magistrate Judge Christensen. Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
☐ In-Person Court Hearing
☒ Video Conference
☐ Telephonic

Magistrate Judge: Stephanie S. Christensen

Date/Time: July 28, 2025 at 11:00 AM

Courtroom: 790 - For Public Access

Dated: 7/21/2025          By: /s/ T. Snyder
                              Deputy Clerk