UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-07503-MWC-SSCx         Date: July 29, 2025

Title   Los Angeles Waterkeeper v. Accurate Steel Treating, Inc.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order Re: Informal Discovery Conference**

   The Court received the attached email from Plaintiff dated July 21, 2025, outlining disputed discovery issues.  On July 28, 2025, the Court held an Informal Discovery Conference (IDC).  As to the disputed responses to interrogatories, requests for production, and requests for admission, Defendant agrees to provide supplemental responses no later than **August 1, 2025**.  The Court considers this dispute resolved.

   After meeting and conferring during the hearing, the parties further agree that the outstanding deposition pursuant to Rule 30(b)(6) is to occur no later than **August 8, 2025**, unless otherwise agreed to by the parties in writing.

**IT IS SO ORDERED.**

:
Initials of Preparer   **ts**