WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
Tel: (530) 514-4115
Email: william@carlonlaw.com

ERINA KWON (Bar No. 235079)
Email: erina@lawaterkeeper.org
BENJAMIN A. HARRIS (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES WATERKEEPER,<br><br>Plaintiff,<br>vs.<br><br>ACCURATE STEEL TREATING, INC.,<br><br>Defendant. | Case No. 2:24-cv-07503-MWC-SSC<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS**<br><br>*[Filed concurrently with Declaration of William Carlon]*<br><br>Date: September 9, 2025<br>Time: 1:30 p.m.<br>Discovery Cutoff: September 12, 2025 |

TO DEFENDANT ACCURATE STEEL TREATING, INC., AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 9, 2025 at 1:30 p.m., or as soon thereafter as the matter can be heard, at the United States Federal Court in the Central District of California, in the courtroom of the Honorable Magistrate Judge Stephanie Christensen, located at the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 790, 7th Floor, Plaintiff Los Angeles Waterkeeper ("LA Waterkeeper") will, and hereby does, move for an order granting LA Waterkeeper's Motion to Compel Further Reponses to Requests for Production of Documents ("Motion") and ordering Defendant to respond in a manner consistent with LA Waterkeeper's requests issued to Defendant on November 11, 2024.

The parties have met and conferred many times, via video conference as well as email and in person, and have prepared a joint stipulation setting forth each party's respective position on each discovery request in dispute. Having been unable to resolve the issues, Plaintiff now seeks assistance from the Court.

LA Waterkeeper further moves, pursuant to Federal Rule of Civil Procedure 37(a)(4), for a court order requiring Defendant to pay LA Waterkeeper's reasonable expenses, including attorneys' fees, incurred by LA Waterkeeper in bringing this motion. The motion is based on this Notice of Motion and Motion, the Declaration of William Carlon in support thereof, and the Joint Statement Re Discovery Dispute filed concurrently, all of the files and records in this action, and any additional material that may be elicited at the hearing of this motion.

Dated: August 12, 2025                         Respectfully Submitted,

                                               LAW OFFICE OF WILLIAM CARLON

                                       By:     /s/ William N. Carlon

                                               William N. Carlon
                                               Attorneys for Plaintiff
                                               LOS ANGELES WATERKEEPER