# EXHIBIT 2

**W. Carlon Timesheet for Time Spent on this Discovery Dispute**

| Description | Duration | Date |
|---|---|---|
| Finalize motion to compel, exhibits, and joint stipulation and prepare for filing | 0.4 | 08/12/2025 |
| Prepare exhibits to Carlon Declaration in support of motion to compel. | 0.8 | 08/12/2025 |
| Draft motion to compel, and declaration of W. Carlon in support thereof. | 0.9 | 08/12/2025 |
| Revise joint stipulation re discovery dispute and draft motion to compel. | 0.7 | 08/12/2025 |
| Draft motion to compel and stipulation to extend discovery deadline. | 0.8 | 08/11/2025 |
| Draft joint statement re discovery dispute. | 1.5 | 08/07/2025 |
| Draft joint statement re discovery dispute. | 0.9 | 08/07/2025 |
| Draft joint statement re document discovery dispute. | 0.4 | 08/06/2025 |
| Review discovery responses; draft email to R. Matthews re same. | 2.3 | 08/04/2025 |
| Attend informal discovery conference w/ Judge Christensen. | 0.8 | 07/28/2025 |
| Prepare for informal discovery conference w/ Judge Christensen. | 0.6 | 07/28/2025 |
| Review correspondence and notes; draft email to R. Matthews re outstanding discovery and settlement issues. | 0.4 | 07/22/2025 |
| Confer w/ R. Matthews and E. Kwon re discovery issues and settlement. | 0.4 | 07/11/2025 |
| Draft meet and confer letter re interrogatories and requests for production of documents. | 1.4 | 07/10/2025 |
| Draft letters regarding settlement (0.7) and discovery (0.7) to R. Matthews. | 0.7 | 07/07/2025 |
| Review standing orders and local rules re discovery motion deadlines and formulate discovery strategy. | 0.3 | 07/07/2025 |
| Draft email to Judge Christensen re informal discovery conference. | 0.8 | 06/30/2025 |
| Review local rules re discovery disputes. | 0.2 | 06/26/2025 |
| Draft email to R. Mathews about discovery dispute and deposition topics. | 0.5 | 06/24/2025 |
| **TOTAL** | **14.80** | |