UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:24-cv-07503-MWC-SSCx                    Date: August 19, 2025

Title   Los Angeles Waterkeeper v. Accurate Steel Treating, Inc.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order Re: Informal Discovery Conference**

     The fact discovery cut-off in this case is September 12, 2025.  (ECF 24.)  Plaintiff filed a motion to compel further responses (ECF 33), which the Court denied without prejudice as improperly filed (ECF 35).  The Court held an Informal Discovery Conference on August 19, 2025, on the issues raised in the motion.  (ECF 36.)

     At the conference, the parties represented that Defendant made a further production and provided verified amended responses subsequent to the filing of the motion.  Additionally, the Court provided the parties further time to meet and confer during a recess from the conference.  Several issues remained outstanding at the conference's end.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:24-cv-07503-MWC-SSCx | Date: August 19, 2025 |
| Title  Los Angeles Waterkeeper v. Accurate Steel Treating, Inc. | |

The first disputed issue concerned verified amended responses to Requests for Production Nos. 27, 38, 44, 60, 61, 67, 75–81.  Defendant represented that it will make best efforts to provide those amended responses no later than **August 22, 2025**.

The second disputed issue concerned further production of communications from Defendant, including internal communications sent to its stormwater consultants, as they relate to Requests for Production Nos. 2–4, 6, 8, 10, 11, 13–21, 23, 24, 27, 28, 38, and 44.  The parties agreed to narrow temporally Request No. 28 to January 1, 2023 to present.  So narrowed, Defendant represented it will make best efforts to produce responsive documents no later than **August 22, 2025**.

The parties are ordered to continue to meet and confer regarding these disputes.  If after **August 22, 2025**, any issues remain, the Court grants Plaintiff's request to file a motion to compel pursuant to Rule 37 of the Federal Rules of Civil Procedure.  It must take the form of a joint stipulation to be filed with the notice of motion and must comply with Rule 37 of the Local Civil Rules.

The motion must be filed no later than **September 2, 2025**.  Any supplemental memoranda must be filed no later than **September 5, 2025.**  The Court tentatively sets a hearing for **September 9, 2025 at 11:00 a.m.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
|  | Initials of Preparer  **ts** |