William Carlon (Bar No. 305739)
Email: william@carlonlaw.com
LAW OFFICE OF WILLIAM CARLON
437 Post Street
Napa, CA 94559
Phone: (530) 514-4115

ERINA KWON (Bar No. 235079)
Email: erina@lawaterkeeper.org
Benjamin Harris (Bar No. 313193)
Email: ben@lawaterkeeper.org
LOS ANGELES WATERKEEPER
360 E 2nd Street, Suite 250
Los Angeles, CA 90012
Phone: (310) 394-6162

Attorneys for Plaintiff
LOS ANGELES WATERKEEPER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES WATERKEEPER, a California non-profit association,<br><br>Plaintiff,<br><br>v.<br><br>ACCURATE STEEL TREATING, INC.,<br><br>Defendant. | Case No. 2:24-cv-07503-MWC-SSC<br><br>**NOTICE OF COMPLETED AGENCY REVIEW; REQUEST TO ENTER [PROPOSED] CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)** |

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the 45-day agency-review period has concluded as of November 1, 2025. *See* 33 U.S.C. § 1365(c) (requiring that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator"); and, 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)). No objection to the proposed consent decree has been made by either the Attorney General or the Administrator.

**NOW THEREFORE**, Plaintiff Los Angeles Waterkeeper respectfully requests that the Court execute and enter the proposed consent decree, attached hereto as **Exhibit 1**, and dismiss the claims with prejudice, except to the extent provided for in the proposed consent decree to interpret, modify or enforce the proposed consent decree.

Date: November 3, 2025        LAW OFFICE OF WILLIAM CARLON

_William N. Carlon_
William N. Carlon
Attorneys for Plaintiff
Los Angeles Waterkeeper